FILED
NOV 0 8 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DESTINEE TOMASEK a/k/a DESTINEE ORSINI, <br> *Plaintiff*, <br><br> v. <br><br> FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC. a/k/a FBCS, INC., <br> *Defendant* | Case No. 6:18-CV-00169-ADA |

## ORDER OF STIPULATED DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal with Prejudice filed November 8, 2018 (Dkt. 11), which is properly presented to this Court pursuant to Federal Rule of Civil Procedure 41(a).

In light of the above, it is therefore **ORDERED, ADJUDGED,** and **DECREED** that the above-styled action and all claims asserted therein be **DISMISSED WITH PREJUDICE** and this case be closed.

**SIGNED** November 8, 2018

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE